In re: Luis **HERNANDEZ–ESPINOZA,**
a/k/a Raphael Lopez, a/k/a Rafael
Lopez, Petitioner.

No. 11–2105.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

Luis Hernandez–Espinoza, Petitioner
Pro Se.

Before SHEDD, KEENAN, and
WYNN, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Luis Hernandez–Espinoza petitions for
a writ of mandamus, alleging the district
court has unduly delayed acting on his
Fed.R.Crim.P. 41(e) motion and his motion
to recall the mandate. He seeks an order
from this court directing the district court
to act. Our review of the district court's
docket reveals that the district court en-
tered an order denying both of these mo-
tions on January 4, 2012. Accordingly,
because the district court has recently de-
cided Hernandez–Espinoza's motions, we
deny the mandamus petition as moot. We
grant leave to proceed in forma pauperis.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*PETITION DENIED.*